UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------x

Chaya Knopfler, individually and on behalf of all others similarly situated;

                                Plaintiff,

Civil Action No:
2:23-cv-1169

-v.-

Aargon Agency, Inc. d/b/a Aargon Collection Agency;

                                Defendants.

------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

     Notice is hereby given that the Parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 20th day of April, 2023

                                                */s/Robert Thomas Yusko*
                                                Robert Thomas Yusko
                                                **Stein Saks, PLLC**
                                                One University Plaza
                                                Hackensack, NJ 07601
                                                Phone: 201-282-6500
                                                ryusko@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 20, 2023 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          */s/ Robert Thomas Yusko*
                                          Robert Thomas Yusko