UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------x

Chaya Knopfler, individually and on behalf of all others similarly situated;

                              Plaintiff,

    -v.-

Aargon Agency, Inc. d/b/a Aargon Collection Agency;

                            Defendants.

---------------------------------------------------------------------------x

Civil Action No:
2:23-cv-1169

## NOTICE AND ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: May 25, 2023

**IT IS SO ORDERED.**

**s/ Kevin McNulty
Hon. Kevin McNulty
U.S. District Judge
Date: 5/30/2023**

Respectfully Submitted,

/s/Robert Yusko
Robert Yusko, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
ryusko@steinsakslegal.com
 Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*